Gottlieb M. Karpas, Respondent, v. Max Psaty, Appellant.— Action for brokerage commissions in connection with the obtaining of a mortgage loan. Order granting plaintiff's motion to vacate defendant's demand for a bill of

particulars affirmed, with ten dollars costs and disbursements. The doctrine of *res judicata* requires an affirmance. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.